Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

_____ Division

Jeffrey Simpson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Judge Joel M. Cohen, New York State Unified Court System, Kaufman Borgest & Ryan LLP, Great American Insurance Group, Olshan

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey Simpson |
| Address | 1055 Park Avenue |
| | New York     NY     10028 |
| | *City     State     Zip Code* |
| County | NY |
| Telephone Number | 646-753-2872 |
| E-Mail Address | jsimpson001@icloud.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Joel M. Cohen, New York State Unified Court System |
| Job or Title *(if known)* | Commercial Division Part Judge |
| Address | 60 Centre Street |
| | New York     NY     10036 |
| | *City     State     Zip Code* |
| County | NY |
| Telephone Number | 646-386-4927 |
| E-Mail Address *(if known)* | jmcohen@nycourts.gov |

☐ Individual capacity     ✔ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Scott Schechter on behalf of Kaufman Borgeest & Evan LLP |
| Job or Title *(if known)* | Partner |
| Address | 200 Summit Lake Drive, 1st Floor |
| | Valhalla     NY     10595 |
| | *City     State     Zip Code* |
| County | Westchester |
| Telephone Number | 914-449-1055 |
| E-Mail Address *(if known)* | sschechter@kbrlaw.com |

☐ Individual capacity     ✔ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Great American Insurance Group
- Job or Title *(if known)*:
- Address: P.O. Box 5425
- City: Cincinnati     State: OH     Zip Code: 45201
- County: Sullivan County
- Telephone Number: 800-545-4269
- E-Mail Address *(if known)*: contactus@gaig.com

☐ Individual capacity    ✔ Official capacity

Defendant No. 4
- Name: Jonathan Koevary on behalf of Olshan
- Job or Title *(if known)*: Partner
- Address: 1325 Ave. of the Americas
- City: New York    State: NY    Zip Code: 10019
- County: NY
- Telephone Number: 2124512265
- E-Mail Address *(if known)*: jkoevary@olshanlaw.com

☐ Individual capacity    ✔ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

✔ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? My constiutional rights to defense / counsel, where stripped of me by the parties. Since the opposition decided to name me personally and criminally, that triggers the requirerment to the entiltlement of counsel. I have defense counsel insurance coverage. This was eroded when the defendants mutually agreed to not fund my defense, even though it is unlawful, even under NYS law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
GAIG approved the defense made insurance claim within the insurane policy of 2018, whereby I was the Managing Member of JJ Arch.   They funded the claim until, Olshan sued GAIG in NYS to stop my coverage in the BK Court.   KBR, on behalf of GAIG, appeared in NYS Court in front of Judge Joel M. Cohen and suggested that GAIG would offer to fund my defense costs for an interim $250,000, in Oct 2024.   The Court told KBR, GAIG, that they didnt have to fund if they didnt want to.

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
NYS Court, Room 208, Judge Joel Cohen's Courtroom.  The funding of the proceeds was in effect from Nov. 2023 until May of 2024, when the opposition made a competing claim and Olshan commenced an action against GAIG to stop funding my defense.  The Oct 2024 date is when there was an official hearing, with the defendants present that all participated in stripping me of my rights to legal defense, most notably when the opposition was aiming for criminal claims against me, without merit.

B. What date and approximate time did the events giving rise to your claim(s) occur?
See above.

C. What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
The 158055-2023 case is a long winded version of two parties, Oak and Chassen working collusively to hurt me because they committed fraud and I am a whistleblower.   When the insurance co, GAIG, received my claim, they immediately (less than one month) wrote a 12 page opinion of coverage (positive) and then worked alongside me to help defend this horrible circumstance.   KBR was counsel to GAIG and worked closely with me and outside counsel that they approved, for their client.   All parties were aware that this collusive action with Chassen and Oak was paid for by Oak.  The Court saw evidence of the initial payments of over $250,000 in Aug 2023 (litigation starts).   GAIG and KBR clearly saw that I needed legal defense counsel.   NYS Court only chimed in when GAIG decided to break the NYS insurance law and stopped funding my defense and make an interpleader action because of the initiation of competing claim by Chassen (6 months later), which was insurance fraud.  Simultaneously, Oak, through AREH (via Olshan) decides to sue GAIG for providing coverage to me.   Cohen was not entilted to take the insurance action in NYS since another judge was assigned and he "grabbed" the case against NYS CPLR which is a conflict and prejudicial to me.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries have occured.   This mess of a situation, including stripping me of my constitutional rights to counsel, especially when there are alleged criminal charges, has had emotional impact on me and my family.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

"Stay" any NYS actions to interplead or disperse the insurance funds.  The carrier should not have the right to make an interpleader action into NYS Court.    I need legal funding from the insurance policy to defend myself in numerous cases including foreclosures of my homes .   The carrier agreed to fund and stopped funding against NYS law.   The policy is for 3M, less than 1M was spent for my defense.  The remainder should be made avialable to me to defend myself and reimburse me for the legal costs i have to spend to date (per the policy), and pay outstanding funds to lawyers owed, on my behalf.   The oppisition has tried to grab these funds for no logical or legal reason other than greed or to prejudice me.    AREH has no right contractually to sue GAIG through Olshan (conflict) for providing coverage to me.   I request discovery and investigation on how this is justified.   NYS Court allowing Judge Joel Cohen to further dicriminate against me, by unlawfully grabbing this case is a serious concern.  The Admin Judges were notified, no response.   The collusion that I have alleged in another 1983 action will be referenced, once there is a file number.   This is a Federal matter, I removed it to SDNY for relief and it got remanded because I could not afford counsel to keep up with the requirements, 1:25-CV-02375.  There is also a corp bankruptcy of my family office entity, YJ Simco LLC, that is active in SDNY, 1:25-BK-10437.  I urgently need representation on all fronts, but I am stripped of these rights by the collusive actions of the defendants.   The damages are insurmountable.  I cannot work, I cannot defend myself, I am fully exposed on all fronts as a result of the defendants working together to put me in a position without legal defense on any of the matters.   My claim against the parties is $100,000,000.   My career is ruined, my assets are wiped and destroyed, my credit is destroyed.   Illegal actions with the participation of these defendants have caused this.  NYS Court had no right to break the law, in connection with the actions of the other parties.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/05/2025

Signature of Plaintiff

Printed Name of Plaintiff: Jeffrey Simpson

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address